## HAYNES v. FLORIDA.

No. 37, Misc. Decided April 22, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and *A. G. Spicola, Jr.,* Special Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted. The motion for leave to file a petition for writ of habeas corpus is denied. Treating the papers submitted as a petition for writ of certiorari to the Supreme Court of Florida, certiorari is granted. On writ of certiorari, the judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

## PATTERSON ET AL. v. NEWPORT NEWS REDEVELOPMENT & HOUSING AUTHORITY.

No. 896, Misc. Decided April 22, 1963.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.